Commonwealth *v.* O'Brien, Appellant.

Submitted December 8, 1969. *Daniel E. Farmer,* for appellant; *Harold K. Don, Jr.* and *James T. Owens,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Phelps, Appellant.

Submitted March 17, 1970. *Alan Cooper,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Potter, Appellant.

Submitted June 8, 1970. *Robert A. Godwin,* Assistant Public Defender, for appellant; *John McClure,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.